UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **TAMEKA JESSIE, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TIAA**, FSB d/b/a EVERBANK, f/k/a EVERBANK FINANCIAL CORP.,<br><br>**Defendant.** | CASE NO.:<br>3:17-CV-00986-MMH-JBT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Tameka Jessie, hereby voluntarily dismisses the action in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 11, 2017            Respectfully submitted,

By: /s/ Abbas Kazerounian_____
Abbas Kazerounian (*pro hac vice*)
CA Bar ID: 249203
Kazerouni Law Group, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
ak@kazlg.com
Phone: 800-400-6808
Fax: 800-520-5523

*Counsel for Tameka Jessie*

1