UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAMEKA JESSIE, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.    Case No. 3:17-cv-986-J-34JBT

TIAA, FSB, d/b/a Everbank,
f/k/a EverBank Financial Corp.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 16; Notice) filed on December 11, 2017. In the Notice, Plaintiff requests dismissal of this matter without prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of December, 2017.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record